# IN THE SUPREME COURT OF PENNSYLVANIA
# WESTERN DISTRICT

DARLENE HARRIS, : No. 31 WAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
CITY OF PITTSBURGH, WILLIAM :
PEDUTO AND CITY OF PITTSBURGH :
ETHICS HEARING BOARD, :
:
Respondents :

DARLENE HARRIS, : No. 32 WAL 2022
:
Petitioner :
:
: Petition for Allowance of Appeal
: from the Order of the
v. : Commonwealth Court
:
:
CITY OF PITTSBURGH, WILLIAM :
PEDUTO AND CITY OF PITTSBURGH :
ETHICS HEARING BOARD, :
:
Respondents :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.